**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2379**

TIMOTHY DEAN BEST,

              Plaintiff - Appellant,

        v.

CEQUEL, and parent Suddenlink Communication, LLC and their employees,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:14-cv-00061-FL)

Submitted:  March 17, 2015                   Decided:  March 19, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Timothy Dean Best, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Dean Best appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Best v. Cequel, No. 4:14-cv-00061-FL (E.D.N.C. Nov. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2